NO. 29988

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL RAY, Individually and as Next Friend for ALYSSA RAY,
a minor, and DEBBIE RAY,
Plaintiffs-Appellees/Cross-Appellants,

vs.

KAPIOLANI MEDICAL SPECIALISTS;
Defendant-Appellant/Cross-Appellee,

and

KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,
Defendant.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIV. NO. 06-1-1150)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Circuit Judge Wilson, in place of Acoba, J., recused)

Upon consideration of Plaintiffs-Appellees/Cross-Appellants' motion for reconsideration of this court's opinion filed August 1, 2011, and the record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, August 10, 2011.

/s/ Mark E. Recktenwald

Collin M. (Marty) Fritz,
Philip Russotti, Allen K.      /s/ Paula A. Nakayama
Williams, Margaret S.
Jenkins and Robert S.          /s/ James E. Duffy, Jr.
Peck for Plaintiffs-
Appellees/Cross-Appellants     /s/ Sabrina S. McKenna
on the motion

/s/ Michael D. Wilson

